# United States District Court
# For The Western District of North Carolina
# Charlotte Division

JAMES E. DUNCAN, III,

        Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                              3:07CV476-MU-02

PETER GILCHRIST,
District Attorney for Mecklenburg County

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 7, 2007 Order.

                                        Signed: November 7, 2007

                                        Frank G. Johns, Clerk
                                        United States District Court